IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00413-REB-MEH

RUDY THOMAS,

     Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY,
BRISTOL WEST INSURANCE COMPANY, and
FARMERS INSURANCE COMPANY,

     Defendants.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 10, 2011.**

    The Stipulated Motion to Amend Caption and Pleadings [filed March 9, 2011; docket #11] is **denied without prejudice**.  Rule 15(a) provides that Plaintiff may amend the Complaint as a matter of course within 21 days after service of a responsive pleading.  That time has not yet passed in this matter.  Plaintiff may file an Amended Complaint incorporating the changes referenced in the stipulated motion to amend within the time prescribed by Rule 15(a).