**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 11-cv-00413-REB-MEH

RUDY THOMAS,

     Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY,
BRISTOL WEST INSURANCE COMPANY, and
FARMERS INSURANCE COMPANY,

     Defendants.

---

**ORDER OF DISMISSAL**
**AS TO DEFENDANT FARMERS INSURANCE COMPANY, ONLY**

---

**Blackburn, J.**

The matter is before me on the **Stipulated Motion To Dismiss Claims Against Defendant "Farmers Insurance Company"** [#15] filed March 30, 2011.  After reviewing the motion and the file, I conclude that the motion should be granted and that plaintiff's claims against defendant, Farmers Insurance Company, should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

     1.  That the **Stipulated Motion To Dismiss Claims Against Defendant "Farmers Insurance Company"** [#15] filed March 30, 2011, is **GRANTED**;

     2.  That plaintiff's claims against defendant, Farmers Insurance Company, are **DISMISSED WITH PREJUDICE**; and

3.  That defendant, Farmers Insurance Company, is **DROPPED** as a named

party to this action, and the case caption is amended accordingly.

Dated March 31, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge