IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00413-REB-MEH

RUDY THOMAS,

    Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY,
BRISTOL WEST INSURANCE COMPANY, and
FARMERS INSURANCE COMPANY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 19, 2011.**

    Defendants' Joint Motion to Amend Scheduling Order and Extend Case Deadlines [filed September 15, 2011; docket #28] is **denied without prejudice** for failure to demonstrate good cause for such lengthy extensions of time. Currently, the scheduling deadlines in this case are tight, but provide sufficient time for the parties and the Court to properly prepare for trial. Defendants' proposed deadlines are untenable and fail to provide Judge Blackburn with sufficient time to consider any dispositive motions before the final pretrial conference takes place in this matter.

    In addition, the Court reminds Defendants of their continuing obligations to comply fully with D.C. Colo. LCivR 7.1A, which requires meaningful negotiations by the parties. *See Hoelzel v. First Select Corp.*, 214 F.R.D. 634, 636 (D. Colo. 2003). While phone calls and emails may constitute a good-faith effort in some instances, in this case, it is unclear when the communications were made or how long Defendants waited for Plaintiff's counsel to respond. The Court instructs the parties to provide sufficient information in their Rule 7.1A certifications to allow the Court to determine compliance.