IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00413-RBJ-MEH

RUDY THOMAS,

    Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY,
BRISTOL WEST INSURANCE COMPANY, and
FARMERS INSURANCE COMPANY,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 13, 2011.**

    Plaintiff's [Notice regarding] Motion to Compel Defendant Bristol West Pursuant to F.R.C.P. 37 [filed October 11, 2011; docket #46] has been construed by the Court as a motion for withdrawal of the Plaintiff's recently filed motion to compel. Although the motion fails to comply with D.C. Colo. LCivR 7.1A and 10.1, the Court will adjudicate the motion in the interests of judicial economy and efficiency.

    The motion is **granted**. Plaintiff's Motion to Compel Defendant Bristol West Pursuant to F.R.C.P. 37 [filed October 10, 2011; docket #44] is hereby **withdrawn**.

    The Court reminds Plaintiff of his continuing obligation to comply fully with D.C. Colo. LCivR 10.1, which in part requires that "[a]ll papers shall be double-spaced." *See* D.C. Colo. LCivR 10.1E.