IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No.  11-cv-00413-RBJ-MEH | Date:   October 13, 2011 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom A501** |

RUDY THOMAS,                                               Marc Bendinelli

      Plaintiff,

vs.

AUTO-OWNERS INSURANCE COMPANY and               Amanda Burke
                                                        Gregory Giometti
BRISTOL WEST INSURANCE COMPANY,               Stephanie Montague

      Defendants.

---

### COURTROOM MINUTES/MINUTE ORDER

---

**MOTION HEARING**

**Court in session:**    **1:35 p.m.**

Court calls case.  Appearances of counsel.

Argument and discussion regarding Defendant Auto-Owners Insurance Company's Motion to Compel F.R.C.P. 35 Examinations (Doc. #23, filed 9/7/11), Defendant Auto-Owners Insurance Company's Motion to Compel Pursuant to F.R.C.P. 37 (Doc. #25, filed 9/12/11); Defendants' Amended Joint Motion to Amend Scheduling Order and Extend Case Deadlines (Doc. #32, filed 9/23/11); Plaintiff's Motion for Entry of a Protective Order (Doc. #42, filed 10/10/11) and Plaintiff's Motion to Compel Defendant Auto-Owners Pursuant to F.R.C.P. 37 (Doc. #43, filed 10/10/11).

**ORDERED:**   As stated on the record, the Court enters the following rulings on the above motions:

      1.    Defendant Auto-Owners Insurance Company's Motion to Compel F.R.C.P. 35 Examinations (Doc. #23, filed 9/7/11) is GRANTED.

      2.    Defendant Auto-Owners Insurance Company's Motion to Compel Pursuant to F.R.C.P. 37 (Doc. #25, filed 9/12/11) is GRANTED IN PART and DENIED IN PART.

3.     Defendants' Amended Joint Motion to Amend Scheduling Order and Extend Case Deadlines (Doc. #32, filed 9/23/11) is GRANTED IN PART and DENIED IN PART.
- Dispositive motions due by **December 1, 2011.**
- Defendants' expert witness designation due by **November 14, 2011.**
- Fact and expert discovery due by **December 15, 2011.**
- Rule 702 motions due by **December 20, 2011.**

4.     Plaintiff's Motion for Entry of a Protective Order (Doc. #42, filed 10/10/11) is DENIED as moot.

5.     Plaintiff's Motion to Compel Defendant Auto-Owners Pursuant to F.R.C.P. 37 (Doc. #43, filed 10/10/11) is held in abeyance, pending review of a Status Report **to be filed by Plaintiff on or before October 19, 2011.**

**ORDERED:**   A Status Conference is set for **November 2, 2011, at 9:30 a.m.** regarding the independent medical examination of Plaintiff.

**Court in recess:**    **3:27 p.m.  (Hearing concluded)**
**Total time in court:**  1:52