IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

**Civil Action No.**   11-cv-00413-RBJ-MEH           **FTR – Courtroom A501**
**Date:**   November 2, 2011                                       Cathy Coomes, Courtroom Deputy

RUDY THOMAS,                                                         Marc F. Bendinelli (by phone)

      Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY and      Amanda Burke
                                                                                     Gregory Giometti
BRISTOL WEST INSURANCE COMPANY,              Stephanie Montague (by phone)

      Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

**Court in session:**     9:33 a.m.

The Court calls case.  Appearances of counsel.

Discussion regarding the status of the case, rescheduling of Plaintiff's vocational rehabilitation interview, extending the deadline for Ms. Montoya's report regarding the vocational rehabilitation interview, Defendants' request for attorneys' fees incurred with the rescheduling of the vocational rehabilitation interview, subpoenas duces tecum issued to Westminster Mall by Defendants, and production of IRS records by Plaintiff to Defendants.

Defendant Auto-Owners' counsel are directed to submit an affidavit of attorneys' fees regarding the rescheduling of the vocational rehabilitation interview.

Discussion and argument regarding Plaintiff's Motion to Compel Defendant Auto-Owners Pursuant to F.R.C.P. 37 (Doc. #43, filed 10/10/11) and Plaintiff's Motion to Amend Scheduling Order (Doc. #52, filed 11/1/11).

10:04 a.m.     Off the record.  Mr. Bendinelli was disconnected.  Ms. Montague will contact Mr. Bendinelli and then contact the Court again.

|  |  |
|---|---|
| 10:15 a.m. | On the record.  Mr. Bendinelli and Ms. Montague are present again by telephone. |
| **ORDERED:** 1. | The report regarding Plaintiff's vocational rehabilitation interview is due on or before **November 21, 2011.** |
| 2. | Plaintiff's Motion to Compel Defendant Auto-Owners Pursuant to F.R.C.P. 37 (Doc. #43, filed 10/10/11) is DENIED without prejudice as stated on the record.  The Court finds that the motion is not ripe at this time. |
| 3. | Plaintiff's Motion to Amend Scheduling Order (Doc. #52, filed 11/1/11) is DENIED.  Plaintiff's counsel is granted leave to file a Motion to Reconsider. |

**Court in recess:**   10:18 a.m.     (Hearing concluded)
Total time in court:    0:34