IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-00413-RBJ-MEH

RUDY THOMAS,

    Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY and
BRISTOL WEST INSURANCE COMPANY,

    Defendants.

## MINUTE ORDER

Entered by Judge R. Brooke Jackson

    The Court has reviewed the parties' Stipulated Motion for Dismissal with Prejudice at Docket #67.

    It is hereby ORDERED that this case dismissed with prejudice. Each party to pay its own costs.

    DATED this 22nd day of December, 2011.